IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

MARIBEL SANTANA,

        Plaintiff,

vs.

TARGET CORPORATION,
a Foreign Profit Corporation,

        Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, MARIBEL SANTANA, sues Defendant, TARGET CORPORATION, and alleges:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of $50,000.00.

2. At all times material hereto, Plaintiff, MARIBEL SANTANA, was a resident of Clay County, Florida.

3. At all times material hereto, Defendant, TARGET CORPORATION, was and is a Foreign Profit Corporation authorized to do and conducting business in Duval County, Florida.

4. On or about January 10, 2023, Defendant, TARGET CORPORATION, was in legal possession of a building located at 9525 Crosshill Blvd., Jacksonville, FL 32222 (the "premises")

that was conducting business and open to the public as a retail store. Members of the public were invited therein.

5. At that time and place, Plaintiff, MARIBEL SANTANA, went to the premises for the purpose of shopping, said purpose being a reason that TARGET CORPORATION holds itself open to the public.

6. This Court has jurisdiction as the incident occurred in Duval County, Florida and venue is proper.

## COUNT I-NEGLIGENCE OF TARGET CORPORATION

7. Plaintiff repeats and realleges Paragraphs 1 through 7 of the Complaint as if set forth at length and made a part hereof.

8. At all times material, TARGET CORPORATION, being in legal possession the premises, had a duty to maintain the premises in a reasonably safe condition and/or to warn its invitees, including Plaintiff, of unreasonably dangerous conditions existing on the property.

9. On or about January 10, 2023, while in the aforesaid store, Plaintiff, MARIBEL SANTANA, slipped in a transitory foreign substance that was on the floor, causing part of her body to impact the floor, as a result of slipping in the transitory foreign substance.

10. TARGET CORPORATION had actual or constructive notice of the existence of this aforesaid transitory foreign substance on the floor of its store and should have taken steps to remedy the condition or warn Plaintiff of its existence. It did neither. TARGET CORPORATION was on constructive notice of the unreasonably dangerous condition caused by this transitory foreign substance because:

(a) The dangerous condition existed for such a length of time that, in the exercise of ordinary care, Defendant, TARGET CORPORATION, should have known of the condition; or

(b) The condition, to wit, a transitory substance on the floor of this store, occurred with regularity and was therefore foreseeable; or

(c) The dangerous condition was caused by TARGET CORPORATION and/or one of TARGET CORPORATION employees while said employee was acting within the course and scope of their employment with TARGET CORPORATION.

11. Defendant, TARGET CORPORATION, breached its aforesaid duties to Plaintiff, MARIBEL SANTANA, by allowing this unreasonably dangerous condition to exist on its property and/or by failing to warn Plaintiff of its existence.

12. As a direct and proximate result of the aforesaid negligence, Plaintiff, MARIBEL SANTANA, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff, MARIBEL SANTANA, has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, MARIBEL SANTANA, demands judgment for damages against Defendant, TARGET CORPORATION, and a trial by jury of all issues so triable.

Dated this 22nd day of March, 2023.

**FARAH & FARAH, P.A.**

*/s/ A. Scott Jr.*

_____
**ANDREW D. SCOTT JR. (0117945)**
**JOSE J. CRUZ-PAGAN (1030699)**
Attorneys for Plaintiff
10 West Adams Street
Jacksonville, FL 32202
(904) 730-1089 (telephone/facsimile)
Primary: ascott@farahandfarah.com
Primary: jcruz-pagan@farahandfarah.com
Secondary: jdeleon@farahandfarah.com