# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MARIBEL SANTANA,

    Plaintiff,

vs.                            Case No. 3:23-cv-855-MMH-SJH

TARGET CORPORATION,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 44; Stipulation) filed on December 3, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of December, 2024.

                                        MARCIA MORALES HOWARD
                                        United States District Judge

ja

Copies to:

Counsel of Record